# Court of Appeals
# of the State of Georgia

ATLANTA, _December 12, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0155. OPTUMRX, INC. v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH.**

In this action for declaratory and injunctive relief, Optumrx, Inc. filed an application for discretionary review of the trial court's order granting the Georgia Department of Community Health's motion to dismiss. Under these circumstances, the trial court's order is a directly appealable final judgment. See OCGA § 5-6-34 (a).

We will grant a timely-filed discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Optumrx, Inc. shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, it has already filed a notice of appeal, it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/12/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*